**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: SECRETI, JUSTIN         :   No. 447 WAL 2018
                                    :
                                    :
PETITION OF: JUSTIN SECRETI   :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.